In the Matter of the Application of J. I. HASS, INC., Contractor, Respondent, to Discharge a Mechanic's Lien Filed by MAX EPSTEIN, Lienor, Appellant, against

J. I. Hass, Inc., Contractor, Galric Company, Inc., Owner.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Ace Mail Advertising Co., Inc., Appellant, v. Harry Neugold, Respondent. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.